## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

*26- 1124*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate Case No. E2065536 (Class A)** |
| | E2065536 (Class A) |
| v. | |
| **ANDREW BOOKER** | |
| | **C O M P L A I N T** |
| | **Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey**,** specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Kyle J. Paladino,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **4th day of April 2026,** at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ANDREW BOOKER** did commit:

Assault in violation of 18 U.S.C. 113 and

Violation of security regulations in violation of 50 U.S.C. 797.

The name of the Complainant is **Kyle J. Paladino**.

**KYLE J. PALADINO, DAF, Civ**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 11TH DAY OF JUNE 2026.

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

6/11/25 NK 6/25/26

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on **04 April**, 20**26** while exercising my duties as a law enforcement officer in the **federal** District of **New Jersey**

While assigned as Police 9 I responded to Bldg 485/Lakehurst Commisarry for a report of a Sexual harassment which occurred in the parking lot. Upon arrival I made contact with victim, ███████ who stated while she was placing groceries into the defendant's, later Identified as Andrew Booker, vehicle, the defendant had forcibly bear hugged her, held her so she couldn't get away, slid his hands down the outside of her pants and grabbed her buttocks unwantedly

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04 08 2026**    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **08 April**, 20**26** while exercising my duties as a law enforcement officer in the **Federal** District of **New Jersey**

While assigned as Police-2, P/O Lauer responded to Lakehurst Gate to assist with the arrest of the Defendant Andrew Booker. Lauer asked Booker if Robert Farrish, Booker's passenger, in the if Parrish could take possession of the above vehicle. Booker granted Parrish permission to take possession. Lauer then asked Booker if there was anything in the above vehicle to which Booker responded with there being a firearm under the drivers seat in a black fanny pack. Lauer then took possession of that firearm which was located where Booker had stated.

The foregoing statement is based upon:

☐ my personal observation       ☐ , my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04082026**       _____
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident